■ Maureen Halwick et al., Respondents, v. Richard E. Finch et al., Respondents, and Ralph Mowle et al., Appellants. — Gibson, P. J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.